

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| RONALD W. WALDEN, JR., ) | |
| ) | |
| Plaintiff, ) | Civil Action No: 4:17-cv-97-HCM-DEM |
| ) | |
| v. ) | |
| ) | |
| WENDY'S PROPERTIES, LLC, ) | |
| a Delaware Limited Liability Company, ) | |
| ) | |
| Defendant. ) | |

## AGREED DISMISSAL ORDER

Plaintiff Ronald W. Walden, Jr. and Defendant Wendy's Properties, (together, "Parties") represented to the Court the Parties entered into a settlement agreement and thereby resolved all claims in this matter, including attorneys' fees and costs.

It appearing to the Court that the Parties resolved their differences in full, it is hereby ORDERED that this matter be and is DISMISSED WITH PREJUDICE and removed from the docket of this Court.

/s/
Henry Coke Morgan, Jr.
Senior United States District Judge

United States District Judge

ENTERED: 11 / 30 / 17

1

**SO STIPULATED:**

*/s/ Deborah C. Waters*
Deborah C. Waters, Esquire
Virginia State Bar # 28913
dwaters@waterslawva.com
Waters Law Firm, P.C.
Town Point Center Building, Suite 600
150 Boush Street
Norfolk, VA 23510
Telephone: (757) 446-1434
Facsimile: (757) 446-1438

*Counsel for Plaintiff*


*/s/ Robert P. Floyd, III*
Robert P. Floyd, III, Esquire
Virginia State Bar # 42265
rfloyd@constangy.com
Constangy, Brooks, Smith & Prophete, LLP
12500 Fair Lakes Circle,
Fairfax, Virginia 22033
Telephone: (571) 522-6100
Facsimile: (571) 522-6101

*Counsel for Defendant*